# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-5257**　　　　　　　　　　　　　　　**September Term, 2014**

**1:12-cv-01334-RJL**

**Filed On: March 31, 2015** [1545206]

Antoine Jones,

　　　　　Appellant

　　v.

Steve Kirchner, D.C. MPD Detective, et al.,

　　　　　Appellees

------------------------------

Consolidated with 15-5088

### O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　BY:　　/s/
　　　　　　　　　　　Ken R. Meadows
　　　　　　　　　　　Deputy Clerk