# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5257**  **September Term, 2014**

1:12-cv-01334-RJL

**Filed On:** May 6, 2015

Antoine Jones,

    Appellant

    v.

Steve Kirchner, D.C. MPD Detective, et al.,

    Appellees

------------------------------

Consolidated with 15-5088

**BEFORE:** Henderson, Kavanaugh, and Wilkins, Circuit Judges

### O R D E R

Upon consideration of the motion for summary affirmance filed in No. 14-5257, the corrected response thereto, and the reply; and the motion for leave to file a surreply, the response thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be denied. Appellant represents in his corrected response to the motion for summary affirmance that he is appealing only the dismissal of Count V. The merits of the parties' positions on Count V are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). It is

**FURTHER ORDERED** that the motion for leave to file a surreply be dismissed as moot. Appellant may present his arguments in his brief.

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar these consolidated cases for presentation to a merits panel.

**Per Curiam**