**ORAL ARGUMENT NOT YET SCHEDULED**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| Antoine Jones, | ) | |
|    *Appellant*, | ) | |
| | ) | |
| v. | ) | No. 14-5257 |
| | ) | Consolidated with 15-5088 |
| Steve Kirchner, D.C. MPD Detective*, et al.* | ) | |
|    *Appellees*. | ) | |

**CONSENTED MOTION OF APPELLANT FOR EXTENSION OF TIME**

Appellant Antoine Jones respectfully seeks a 14-day extension of his time to file his opening brief and appendix, and in support states as follows:

Under the current briefing schedule, Appellant's opening brief and the appendix are due June 15, 2015; Appellees' brief is due on July 15, 2015; and Appellant's reply brief is due on July 29, 2015. With the extension of 14 days, Appellant's opening brief and appendix would be due on June 29, 2015; Appellees' brief would correspondingly be due on July 29, 2015; and Appellant's reply brief would be due on August 12, 2015.

Appellant has been diligently working on his opening brief, which raises significant issues concerning pleading standards, the U.S. Constitution's Fourth Amendment, and qualified immunity. The additional time is needed in light of obligations of Appellant's lead counsel in other matters, including: (1) *Pennsylvania Chiropractic Ass'n v. Independence Hosp. Indemn. Plan, Inc.*, Nos.

Nos. 14-2322, 14-3174, and 15-1274 (7th Cir.) (reply brief due June 23, 2015); (2) *Goncalves v. Rady's Children's Hosp. San Diego*, No. 15-55010 (9th Cir.) (opening brief due July 6, 2015); and (3) *Delphi Salaried Retirees Ass'n v. PBGC*, No. 2:09-cv-13616 (E.D. Mich.) (upcoming closing dates for discovery motions and discovery). In addition, lead counsel for Appellant is traveling during the weeks of June 8 and 15 in connection with his son's college graduation.

Appellant's counsel has contacted counsel for Appellees regarding this motion, and Appellee's counsel has indicated that Appellees consent to the motion.

WHEREFORE, Appellant respectfully requests that the Court grant this Consented Motion for Extension of Time, making Appellant's opening brief and the appendix due on June 29, 2015, Appellees' brief due on July 29, 2015, and Appellant's reply due on August 12, 2015.

June 8, 2015                                  Respectfully submitted,

/s/Anthony F. Shelley
Anthony F. Shelley
Andrew T. Wise
Kathleen T. Wach
Miller & Chevalier Chartered
655 Fifteenth St., NW, Suite 900
Washington, DC 20005
Telephone: (202) 626-5924
Facsimile: (202) 626-5801
Email: ashelley@milchev.com
Email:  awise@milchev.com
Email:  kwach@milchev.com

- and -

2

Arthur B. Spitzer
American Civil Liberties Union of the
Nation's Capital
4301 Connecticut Ave., NW, Suite 434
Washington, DC 20008
Telephone: 202-457-0800, ext. 1004
Facsimile: 202-457-0805
Email: artspitzer@aclu-nca.org

*Counsel for Appellant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2015, I electronically filed the foregoing **CONSENTED MOTION OF APPELLANT FOR EXTENSION OF TIME** with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

R. Craig Lawrence
Jeremy Simon
U.S. Attorney's Office – Civil Division
555 Fourth Street NW
Washington, DC 20530
Email: craig.lawrence@usdoj.gov
Email: jeremy.simon@usdoj.gov

/s/ Anthony F. Shelley
Anthony F. Shelley