# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-5257**                                                       **September Term, 2014**

1:12-cv-01334-RJL

Filed On: June 10, 2015 [1556599]

Antoine Jones,

     Appellant

    v.

Steve Kirchner, D.C. MPD Detective, et al.,

     Appellees

------------------------------

Consolidated with 15-5088

### O R D E R

    Upon consideration of appellant's consent motion for extension of time to file its brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | June 29, 2015 |
| Appendix | June 29, 2015 |
| Appellees' Brief | July 29, 2015 |
| Appellant's Reply Brief | August 12, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk