# ADDENDUM

1719014.1

# **TABLE OF CONTENTS**

**Page**

Fed. R. Crim. P. 41 (excerpts) ................................................................................1

21 U.S.C. § 879 ........................................................................................................2

1719014.1

**Fed. R. Crim. P. 41**

**(a)     Scope and Definitions.**

*     *     *

(2) *Definitions*.  The following definitions apply under this rule:

*     *     *

(B) "Daytime" means the hours between 6:00 a.m. and 10:00 p.m. according to local time.

*     *     *

**(e)     Issuing the Warrant.**

*     *     *

**(2) *Contents of the Warrant.***

(A) *Warrant to Search for and Seize a Person or Property*.  Except for a tracking-device warrant, the warrant must identify the person or property to be searched, identify any person or property to be seized, and designate the magistrate judge to whom it must be returned.  The warrant must command the officer to:

*     *     *

(ii) execute the warrant during the daytime, unless the judge for good cause expressly authorizes execution at another time;

*     *     *

**21 U.S.C. § 879**

A search warrant relating to offenses involving controlled substances may be served at any time of the day or night if the judge or United States magistrate issuing the warrant is satisfied that there is probable cause to believe that grounds exist for the warrant and for its service at such time.

1719014.1