ORAL ARGUMENT NOT YET SCHEDULED

No. 14-5257 Consolidated with No. 15-5088

_____

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

ANTOINE JONES,
*Plaintiff - Appellant*

v.

STEVE KIRCHNER, D.C. MPD DETECTIVE, *et al.*,
*Defendants - Appellees*

_____

Appeal from the United States District Court
for the District of Columbia, No. 12-cv-1334 (Judge Richard J. Leon)

_____

**CONSENTED MOTION FOR LEAVE TO FILE
CORRECTED BRIEF OF APPELLANT**

Appellant respectfully moves for leave to file a corrected copy of his opening brief in this appeal, and, in support, states as follows:

1. Appellant filed his opening brief on June 29, 2015.

2. Appellant's opening brief contained a number of inadvertent typographical, grammatical, and citation errors or omissions that he seeks to correct.

3. The corrections that Appellant seeks to make are listed in Exhibit A to this motion.

4. Appellant respectfully believes that the Court would benefit from having a brief that corrects the errors listed in Exhibit A, as opposed to a brief that contains the errors.

5. Counsel for Appellant has contacted counsel for Appellees regarding this motion, and Counsel for the Appellees has indicated that he consents to this motion.

6. A corrected brief was electronically filed and lodged with the Court immediately prior to filing this motion.

WHEREFORE, Appellant respectfully requests that the Court grant leave for him to file a corrected copy of his opening brief.

Respectfully submitted,

July 8, 2015

/s/ Anthony F. Shelley
Anthony F. Shelley
Andrew T. Wise
Kathleen T. Wach
Miller & Chevalier Chartered
655 Fifteenth St., NW, Suite 900
Washington, DC 20005
Telephone: (202) 626-5924
Facsimile: (202) 626-5801
Email: ashelley@milchev.com
Email: awise@milchev.com
Email: kwach@milchev.com

-- and --

Arthur B. Spitzer
American Civil Liberties Union of the
    Nation's Capital
4301 Connecticut Ave., NW, Suite 434
Washington, DC 20008
Telephone:  (202) 457-0800, ext. 1004
Facsimile:  (202) 457-0805
Email:  artspitzer@aclu-nca.org

*Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2015, I caused a copy of the foregoing **CONSENTED MOTION FOR LEAVE TO FILE CORRECTED BRIEF OF APPELLANT** to be served via CM/ECF upon:

R. Craig Lawrence
Jeremy Simon
U.S. Attorney's Office – Civil Division
555 Fourth Street NW
Washington, DC 20530
Email: craig.lawrence@usdoj.gov
Email: jeremy.simon@usdoj.gov

/s/ Anthony F. Shelley
Anthony F. Shelley