# Exhibit A

*Jones v. Kirchner*
**D.C. Circuit, No. 14-5257 Consolidated with No. 15-5088**

**Corrections to Appellants' Opening Brief filed on June 29, 2015**

| Page | Line[1]; Sentence/Phrase | Change |
|---|---|---|
| Cover | | Changed title to read "Corrected Brief of Appellants" |
| i | 16;"Appellant seeks review of the" | Changed "Appellants" to "Appellant" and changed "seek" to "seeks" |
| | Table of Contents | Reformatted and realigned the entire table of contents which caused some headings to shift pages |
| iii | Table of Contents, heading "Statement of Issues Presented for Review: | Corrected "Presentated" to "Presented" |
| iii | Table of Contents, heading "Summary **of** Argument" | Inserted the word "of" between "Summary" and "Argument" |
| iii | Table of Contents, heading "II. The District Court Erred in Dismissing Jones'**s** Allegations as to the Manner of Entry and the Items Seized" | Deleted the word "of" between "District" and Court" and added an "s" to "Jones'" |
| iii | Table of Contents, heading II. B. "1. The Knock-and-Announce Rule is **a** Clearly Established Constitutional Requirement" | Inserted the word "a" between "is" and "Clearly" |

---

[1] Line numbers are counted from the top of the page, counting each line of text.

| Page | Line[1]; Sentence/Phrase | Change |
|------|--------------------------|--------|
| iv | Table of Contents, heading II. B. "2. Jones's Knock-and-Announce Allegation Was Not 'Conclusory'" | Deleted the "s" from the word "Allegation" |
| iv | Table of Contents, heading "III. "B. **21** U.S.C. § 879 Does Not Permit Officers to Disregard a Warrant's Timing Restrictions" | Corrected "28 U.S.C. § 879" to read "21 U.S.C. § 879" |
| iv | Table of Contents, heading "III. "C. It is Clearly Established **T**hat Officers May Not Ignore a Warrant's Restrictions on When It Can Be Served" | Capitalized the "t" in "That" |
|  | Table of Authorities | Corrected pagination based on changes in this list |
| 5 | 15; "and, as such, **the Court** denied the mandamus petition." | Inserted "the Court" before "denied" |
| 12 | 3-4; "claim under Fed. R. Civ. P. 12(b)(6)." | Abbreviated "Federal Rule of Civil Procedure" |
| 12 | 10; "As the Supreme Court has explained, **"[q]**ualified immunity shields federal and state officials" | Corrected capitalization in quotation |
| 12 | 19; "*Camreta v. Greene*, 131 S. Ct. 2020, 2031 (2011)." | Corrected spelling of defendant in case name |
| 13 | 10; "and then explained that these decisions" | Changed "theses" to "these" |
| 18 | 3; "could "infer that Mr. Jones did not *hear* a | Added a space before the *Id.* citation |

| Page | Line[1]; Sentence/Phrase | Change |
|------|--------------------------|--------|
| | knock and announce, but no more." *Id.* at JA26" | |
| 18 | 20; "obtain police reports and dispatch recordings and" | Deleted commas after "reports" and "recordings" |
| 19 | Heading 4. | Corrected indentation of heading to be aligned properly |
| 20 | 15; "items exceeded that scope." JA26.  As a result" | Added a space after the citation "JA26." |
| 21 | 10; "First, Jones did not plead merely that Appellees "exceeded the scope **of** the warrant." | Inserted the word "of" between "scope" and "the" |
| 24 | 1; "the warrant specifically prohibited them from doing so.  As we show below" | Added an additional space before the word "As" |
| 28 | 19;" , their nighttime search was "patently illegal" and rendered the warrant "void")" | Deleted the period after "void" |
| 29 | 7; "the District Court's decision can **be** read otherwise" | Inserted the word "be" between "can" and "read" |
| 30 | 8; "**21** U.S.C. § 879 Does Not Permit Officers to Disregard a Warrant's Timing Restrictions | Corrected the citation in the heading to read "21 U.S.C." not "28 U.S.C." |
| 32 | 3; "any of the hearings **or** debates before Congress" | Changed "of" to "or" |
| 34 | 1; C.  It is Clearly Established that **That** Officers May Not Ignore a Warrant's Restrictions on When It Can Be | Corrected the capitalization of the word "That" in the heading |

| Page | Line[1]; Sentence/Phrase | Change |
|---|---|---|
|  | Served |  |
| 34 | 11-12; "courts will look for "'a consensus of cases of persuasive authority.'" *Id.* (quoting *Wilson v. Layne*, 526 U.S. 603, 617 (1999))." | Added single quotation marks to the quotation and corrected the quoted case citation |
| 35 | 11-12; "finding it to be "clearly established that [an] unauthorized nighttime home searches are constitutionally invalid")." | Added brackets around word that was added to quotation |
| 37 | 11-12; "*Camreta v. Greene*, 131 S. Ct. 2020, 2031 (2011)" | Corrected spelling of defendant in case name |
| Certificate of Compliance |  | Changed word count to reflect new number words based on these changes |
|  |  | Added Second Certificate of Service |