ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

14-5257 (consolidated with 15-5088)
(C.A. No. 12-1334)

ANTOINE JONES, Appellant,

v.

STEVE KIRCHNER, et al. Appellees.

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLEES**

Appellees, through undersigned counsel, respectfully move for an extension of approximately five weeks to, and including, September 2, 2015, to file their Brief in this matter.[1] Pursuant to the Order dated June 10, 2015, the deadline for Appellees to file their Brief is July 29, 2015. Counsel for Appellees has conferred with Appellant's counsel regarding this request, and counsel for Appellant has advised that Appellant consents to the relief requested and also

---

[1] This appeal only challenges the dismissal of Count V of the Complaint (Order of May 6, 2015, Doc. No. 1551047) and thus Jones identifies the Appellees as limited to the individuals named in that Count, specifically Sopata, Naugle, Snow, Horner, Lowery, McCravy, Mumford, Pak, Wise, Kaluzny, Wolf, and Beaton. (Appellant Br. at (i) and 6.) Accordingly, this motion only is being filed on behalf of those individuals.

requests that the deadline for Appellant's reply brief (currently due August 12, 2015) be extended to September 22, 2015. Appellees consent to that extension.

Good cause exists for this request. As a result of commitments in other matters, counsel has limited ability to prepare Appellees Brief in sufficient time to allow the Brief to undergo the applicable review process before filing with the Court by the existing deadline. The requested extension also takes into account undersigned counsel's plans to be out of the office from August 7, 2015 through August 14, 2015. Accordingly, Appellees are seeking an extension of the current deadline for the filing of Appellees Brief of approximately five weeks, from July 29, 2015 to, and including, September 2, 2015.

## Conclusion

For the foregoing reasons, Appellees request an extension of time to, and including, September 2, 2015, to file their Brief in this matter.

VINCENT H. COHEN, JR.
Acting United States Attorney

R. CRAIG LAWRENCE
Assistant United States Attorney

   /s/ Jeremy S. Simon
JEREMY S. SIMON
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of July, 2015, the foregoing Motion for Extension of Time has been served through the Court's electronic filing system.

          */s/ Jeremy S. Simon*
JEREMY S. SIMON
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2528