# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 14-5257                                                       September Term, 2014

1:12-cv-01334-RJL

Filed On: July 15, 2015 [1562688]

Antoine Jones,

    Appellant

    v.

Steve Kirchner, D.C. MPD Detective, et al.,

    Appellees

------------------------------

Consolidated with 15-5088

## O R D E R

    Upon consideration of appellant's consent motion for leave to file a corrected brief, and the lodged brief; and appellee's consent motion for extension of time to file its brief, it is

    **ORDERED** that the motion for leave to file a corrected brief be granted. The Clerk is directed to file the lodged brief. It is

    **FURTHER ORDERED** that the motion for extension of time be granted. The balance of the briefing schedule is revised as follows:

| | |
|---|---|
| Appellees' Brief | September 2, 2015 |
| Appellant's Reply Brief | September 22, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
     Michael C. McGrail
     Deputy Clerk