ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

14-5257 (consolidated with 15-5088)
(C.A. No. 12-1334)

ANTOINE JONES,                                              Appellant,

    v.

STEVE KIRCHNER, et al.                                      Appellees.

## CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF OF APPELLEES

Appellees, through undersigned counsel, respectfully move for an extension of 30 days to, and including, October 2, 2015, to file their Brief in this matter.[1] Pursuant to the Order dated July 15, 2015, the deadline for Appellees to file their Brief is September 2, 2015. Counsel for Appellees has conferred with Appellant's counsel regarding this request, and counsel for Appellant has advised that Appellant consents to the relief requested and also requests that the deadline for

---

[1] This appeal only challenges the dismissal of Count V of the Complaint (Order of May 6, 2015, Doc. No. 1551047) and thus Jones identifies the Appellees as limited to the individuals named in that Count, specifically Sopata, Naugle, Snow, Horner, Lowery, McCravy, Mumford, Pak, Wise, Kaluzny, Wolf, and Beaton. (Appellant Br. at (i) and 6.) Accordingly, this motion only is being filed on behalf of those individuals.

Appellant's reply brief (currently due September 22, 2015) be extended to October 23, 2015. Appellees consent to that extension.

Good cause exists for this request. Undersigned counsel was out of the office on scheduled leave from August 7, 2015 through August 14, 2015 and, upon his return, an unexpected family matter has arisen that has required counsel's attention during the week of August 17, 2015. As a result of that issue, and due to commitments in other matters, counsel has had limited ability to prepare Appellees Brief in sufficient time to allow the Brief to undergo the applicable review process before filing with the Court by the existing deadline.[2]

Accordingly, Appellees are seeking an extension of the current deadline for the filing of Appellees Brief of 30 days, from September 2, 2015 to, and including, October 2, 2015.

---

[2] This is Appellees' second request for extension. The first request for extension, which was granted by order dated July 15, 2015, requested that the deadline for Appellees to file their Brief be extended from July 29, 2015 to September 2, 2015.

## Conclusion

For the foregoing reasons, Appellees request an extension of time to, and including, October 2, 2015, to file their Brief in this matter.

                        VINCENT H. COHEN, JR.
                        Acting United States Attorney

                        R. CRAIG LAWRENCE
                        Assistant United States Attorney


                        _____*/s/ Jeremy S. Simon*_____
                        JEREMY S. SIMON
                        Assistant United States Attorney

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of August, 2015, the foregoing Consent Motion for Extension of Time has been served through the Court's electronic filing system.

          */s/ Jeremy S. Simon*
          JEREMY S. SIMON
          Assistant United States Attorney
          555 Fourth Street, N.W.
          Washington, D.C. 20530
          (202) 252-2528