# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 14-5257 | September Term, 2014 |
| | 1:12-cv-01334-RJL |
| | Filed On: August 21, 2015 [1569194] |

Antoine Jones,

      Appellant

    v.

Steve Kirchner, D.C. MPD Detective, et al.,

      Appellees

------------------------------

Consolidated with 15-5088

## O R D E R

    Upon consideration of appellees' consent motion for extension of time to file brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | October 2, 2015 |
| Appellant's Reply Brief | October 23, 2015 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Ken R. Meadows
      Deputy Clerk