# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Antoine Jones

v.
Steve Kirchner, et al.

**Case No:** 14-5257

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ● Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

| Names of Parties | Names of Parties |
|---|---|
| Kate Beaton, Joseph Lowery | Norma Horne, Kellie O'Brien, Jared Wise |
| Technician Brook, Angela McCravy | Gregg Horner, Timothy Pak, Kevin Wolf |
| Kevin Butts, Brian Mumford, Joseph Sopata | Sergy Kaluzny, Michael G. Sharpe |
| Katerina Gikas, Stephen Naugle, William Winte | Steve Kirchner, Jon Snow, Stephanie Yanta |

### Counsel Information

**Lead Counsel:** Peter C. Pfaffenroth, Assistant United States Attorney

Direct Phone: (202) 252-2513   Fax: (202) 252-2599   Email: peter.pfaffenroth@usdoj.gov

**2nd Counsel:** R. Craig Lawrence, Assistant United States Attorney

Direct Phone: (202) 252-2543   Fax: (202) 252-2599   Email: craig.lawrence@usdoj.gov

**3rd Counsel:**

Direct Phone: (   )    Fax: (   )    Email:

**Firm Name:** United States Attorney's Office - District of Columbia

**Firm Address:** 555 Fourth Street, N.W., Washington, D.C. 20530

**Firm Phone:** (202) 252-2563   Fax: (202) 252-2599   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)