**ORAL ARGUMENT NOT YET SCHEDULED**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5257 (consolidated with No. 15-5088)
(CA No. 12-1334)

ANTOINE JONES,                                              Appellant,

    v.

STEVE KIRCHNER, *et al.*,                                   Appellees.

**APPELLEES' CONSENT MOTION TO ENLARGE TIME**

    Appellees, through counsel, respectfully ask the Court to enlarge the time to file their brief in this matter until December 8, 2015, and to adjust the deadline for Appellant Jones' reply brief to December 29, 2015. The current deadline for Appellees' brief is October 2, 2015, and for Appellant's reply the current due date is October 23, 2015. Counsel for Appellant has consented to this motion.

    The extension is requested because this matter has only just been reassigned to undersigned counsel. The reassignment was made because Jeremy Simon, the Assistant United States Attorney who previously handled this case, has been out of the office for the past month due to a family emergency, and it is not clear when Mr. Simon will be able to return.

    Undersigned counsel requires a period in which to familiarize himself with this case and to prepare the brief. Unfortunately, however, counsel already has an

extremely busy calendar for the coming two months, including a trial set to start November 16, numerous pretrial filings for that suit over the coming weeks, as well as eleven dispositive motion briefs or responsive pleadings that are due between now and the proposed deadline of December 8, along with substantial discovery responsibilities during that time. These other commitments regrettably will prevent government counsel from focusing on Appellees' response for some time. Accordingly, good cause supports this request.[1]

In light of these other commitments, Appellees request that their brief be due December 8, 2015, and that Appellant's reply brief be due December 29, 2015.

The case has not been scheduled for oral argument.

> VINCENT H. COHEN, JR.
> Acting United States Attorney
>
> R. CRAIG LAWRENCE
> Assistant United States Attorney
>
> By:     */s/ Peter C. Pfaffenroth*
> PETER C. PFAFFENROTH
> Assistant United States Attorney
> 555 Fourth Street, NW
> Washington, DC 20530
> (202) 252-2513
>
> *Attorneys for Appellees*

---

[1] This is Appellees' third request for an extension of time for this brief, but this is the first request in this matter by newly-assigned undersigned counsel.

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of September, 2015, the foregoing Appellees' Consent Motion to Enlarge Time has been served by the Court's Electronic Court Filing system on counsel for Appellant.

                                 /s/ *Peter C. Pfaffenroth*
                                 PETER C. PFAFFENROTH
                                 Assistant United States Attorney