# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 14-5257                                               September Term, 2015

1:12-cv-01334-RJL

Filed On: September 29, 2015 [1575551]

Antoine Jones,

    Appellant

  v.

Steve Kirchner, D.C. MPD Detective, et al.,

    Appellees

-----------------------------

Consolidated with 15-5088

## O R D E R

Upon consideration of appellees' consent motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

  Appellees' Brief                                        December 8, 2015

  Appellant's Reply Brief                              December 29, 2015

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk