**ORAL ARGUMENT NOT YET SCHEDULED**

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5257 (consolidated with No. 15-5088)
(CA No. 12-1334)

ANTOINE JONES,                                                                 Appellant,

v.

STEVE KIRCHNER, *et al.*,                                               Appellees.

**APPELLEES' CONSENT MOTION TO ENLARGE TIME**

Appellees, through counsel, respectfully ask the Court to enlarge the time to file their brief in this matter until December 24, 2015,[1] and to adjust the deadline for Appellant Jones' reply brief to January 19, 2016. The current deadline for Appellees' brief is December 8, 2015, and for Appellant's reply the current due date is December 29, 2015. Counsel for Appellant has consented to this motion.

Undersigned counsel was out of the office due to a family medical emergency and, in his absence, another Assistant United States Attorney was assigned this matter and had requested an extension to the current deadline of December 8, 2015, to familiarize himself with this case. Undersigned counsel,

---

[1] This appeal only challenges the dismissal of Count V of the Complaint (Order of May 6, 2015, Doc. No. 1551047) and thus Jones identifies the Appellees as limited to the individuals named in that Count, specifically Sopata, Naugle, Snow, Horner, Lowery, McCravy, Mumford, Pak, Wise, Kaluzny, Wolf, and Beaton. (Appellant Br. at (i) and 6.) Accordingly, this motion only is being filed on behalf of those individuals.

however, has returned to the office and, having handled this matter below, is reassuming responsibility for this matter. Undersigned counsel has commitments in other matters, including dispositive motion deadlines in three District Court cases (on December 1, 2015, December 3, 2015 and December 4, 2015 respectively) and, therefore, requires additional time to prepare Appellees' brief so that it can undergo necessary supervisory review before filing.[2]

In light of these other commitments, Appellees request that their brief be due December 24, 2015, and that Appellant's reply brief be due January 19, 2016.

The case has not been scheduled for oral argument.

        CHANNING D. PHILLIPS
        United States Attorney

        R. CRAIG LAWRENCE
        Assistant United States Attorney

        By:    */s/ Jeremy S. Simon*
              JEREMY S. SIMON
              Assistant United States Attorney
              555 Fourth Street, NW
              Washington, DC 20530
              (202) 252-2528

        *Attorneys for Appellees*

---

[2] This is Appellees' fourth request for an extension of time for this brief. The third request was made by the Assistant United States Attorney who appeared during undersigned counsel's absence.

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of November, 2015, the foregoing Appellees' Consent Motion to Enlarge Time has been served by the Court's Electronic Court Filing system on counsel for Appellant.

                      /s/ *Jeremy S. Simon*
                      JEREMY S. SIMON
                      Assistant United States Attorney