# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 14-5257** | **September Term, 2015** |
| | **1:12-cv-01334-RJL** |
| | **Filed On: December 1, 2015** [1586025] |

Antoine Jones,

    Appellant

    v.

Steve Kirchner, D.C. MPD Detective, et al.,

    Appellees

------------------------------

Consolidated with 15-5088

## O R D E R

Upon consideration of appellees' consent motion to enlarge time, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | December 24, 2015 |
| Appellant's Reply Brief | January 19, 2016 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk