# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Antoine Jones

v.

Steve Kirchner, DC MPD Detective, et al.

**Case No:** 14-5257

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- (●) Appellant(s)/Petitioner(s)
- ( ) Appellee(s)/Respondent(s)
- ( ) Intervenor(s)
- ( ) Amicus Curiae

Antoine Jones

**Names of Parties**

**Names of Parties**

### Counsel Information

**Lead Counsel:**

Direct Phone: (   )    -      Fax: (   )    -      Email:

**2nd Counsel:** Adam Braskich

Direct Phone: (202) 626-1578   Fax: (202) 626-5801   Email: abraskich@milchev.com

**3rd Counsel:**

Direct Phone: (   )    -      Fax: (   )    -      Email:

**Firm Name:** Miller & Chevalier Chartered (eff. 3/14/16 - 900 16th St. NW, Washington, DC 20006)

**Firm Address:** 655 15th St. NW, Suite 900, Washington, DC 20005

**Firm Phone:** (202) 626-5800   Fax: (202) 626-5801   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2016, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

R. Craig Lawrence
Jeremy Simon
U.S. Attorney's Office – Civil Division
555 Fourth Street NW
Washington, DC 20530
Email:  craig.lawrence@usdoj.gov
Email:  jeremy.simon@usdoj.gov

      /s/ Adam Braskich