# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-5257**  **September Term, 2015**

1:12-cv-01334-RJL

Filed On: March 10, 2016 [1603468]

Antoine Jones,

    Appellant

    v.

Steve Kirchner, D.C. MPD Detective, et al.,

    Appellees

------------------------------

Consolidated with 15-5088

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 21, 2016, at 9:30 A.M.:

|  |  |  |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judge Wilkins, and Senior Circuit Judges Ginsburg and Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 14, 2016.

### Per Curiam

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:    /s/
           Michael C. McGrail
           Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)