# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 14-5257**  September Term, 2015

1:12-cv-01334-RJL

Filed On: March 11, 2016 [1603703]

Antoine Jones,

    Appellant

  v.

Steve Kirchner, D.C. MPD Detective, et al.,

    Appellees

------------------------------

Consolidated with 15-5088

## O R D E R

It is **ORDERED**, on the court's own motion, that the court's March 10, 2016 order allocating oral argument time be revised as follows:

| | | |
|---|---|---|
| Appellant | - | 15 Minutes |
| Appellees | - | 15 Minutes |

### Per Curiam

**FOR THE COURT:**  
Mark J. Langer, Clerk

BY:   /s/  
Michael C. McGrail  
Deputy Clerk