# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-5257** | **September Term, 2015** |
| | **1:12-cv-01334-RJL** |
| | **Filed On: March 21, 2016** [1604812] |

Antoine Jones,

      Appellant

    v.

Steve Kirchner, D.C. MPD Detective, et al.,

      Appellees

------------------------------

Consolidated with 15-5088

    **BEFORE:**    Circuit Judge Wilkins, and Senior Circuit Judges Ginsburg and Randolph

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on March 21, 2016 at 9:52 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

  Anthony F. Shelley, counsel for Appellant.

  Jeremy Simon (AUSA), counsel for Appellee.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                            Shana E. Thurman
                            Deputy Clerk