# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 14-5257　　　　　　　　　　　　　　　　September Term, 2015
　　　　　　　　　　　　　　　　　　　　　　FILED ON: AUGUST 26, 2016

ANTOINE JONES,
　　　　　　APPELLANT

v.

STEVE KIRCHNER, D.C. MPD DETECTIVE, ET AL.,
　　　　　　APPELLEES

---

Consolidated with 15-5088

　　　　　　Appeals from the United States District Court
　　　　　　　　　for the District of Columbia
　　　　　　　　　　(No. 1:12-cv-01334)

　　Before: WILKINS, *Circuit Judge*, and GINSBURG and RANDOLPH, *Senior Circuit Judges*

#### J U D G M E N T

　　These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

　　**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed in part, reversed in part, and the cases are remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

#### Per Curiam

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　　　　Ken Meadows
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: August 26, 2016

Opinion for the court filed by Senior Circuit Judge Ginsburg.
Opinion dissenting in part and concurring in the judgment in part filed by Senior Circuit Judge Randolph.